John B. Reimer and Henry J. Mullen, Partners, Doing Business under the Firm Name of Reimer & Mullen, Plaintiffs, and John B. Reimer, Surviving Partner of Reimer & Mullen, Respondent, v. The City of New York, Appellant. — Respondent's default opened, reargument granted, and upon reargument and consideration of respondent's brief, order entered January 23, 1933, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds stated in the decision of this court handed

down on May 19, 1933. [239 App. Div. 847.] Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.